# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    ERIN HANNON                            Case No.: 5-15-01992-RNO
                                            Chapter 13

          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
| --- | --- |
| Creditor Name: | M & T BANK |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | Blueberry Dr - PRE-ARREARS - 6366 |
| Property Address if applicable: | 705 BLUEBERRY DRIVE, , DURYEA, PA18642 |

**PART 2:**                      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
| --- | --- | --- |
| a. | Allowed prepetition arrearages: | $7,350.43 |
| b. | Prepetition arrearages paid by the Trustee: | $3,543.79 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $3,543.79 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  August 20, 2020                        Respectfully submitted,


                                               s/ Charles J. DeHart, III, Trustee
                                               Standing Chapter 13 Trustee
                                               Suite A, 8125 Adams Drive
                                               Hummelstown, PA  17036
                                               Phone:  (717) 566-6097
                                               Fax:  (717) 566-8313
                                               eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  M & T BANK
Court Claim Number:  10

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1151229 | 07/07/2016 | $2,693.02 | $0.00 | $2693.02 |
| 5200 | 1152600 | 08/04/2016 | $423.36 | $0.00 | $423.36 |
| 5200 | 1154134 | 09/01/2016 | $427.41 | $0.00 | $427.41 |
| 5200 | 1155740 | 10/05/2016 | $535.95 | $0.00 | $535.95 |
| 5200 | 1157359 | 11/02/2016 | $319.77 | $0.00 | $319.77 |
| 5200 | 1158961 | 12/06/2016 | $526.95 | $0.00 | $526.95 |
| 5200 | 1160540 | 01/12/2017 | $632.34 | $0.00 | $632.34 |
| 5200 | 1162108 | 02/08/2017 | $316.17 | $0.00 | $316.17 |
| 5200 | 1163612 | 03/09/2017 | $526.95 | $0.00 | $526.95 |
| 5200 | 1165184 | 04/12/2017 | $526.95 | $0.00 | $526.95 |
| 5200 | 1167336 | 05/11/2017 | $421.56 | $0.00 | $421.56 |
| 5200 | 0 | 05/16/2017 | $-3,385.08 | $0.00 | $-3385.08 |
| 5200 | 0 | 05/31/2017 | $-421.56 | $0.00 | $-421.56 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    ERIN HANNON                         Case No.: 5-15-01992-RNO
                                         Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 20, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

JOHN FISHER                               SERVED ELECTRONICALLY
126 SOUTH MAIN STREET
PITTSTON PA,   18640-

M&T BANK                                  SERVED BY 1ST CLASS MAIL
PO BOX 840
BUFFALO, NY,   14240

ERIN HANNON                           SERVED BY 1ST CLASS MAIL
705 BLUEBERRY DRIVE
DURYEA, PA  18642

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2020                         s/   Donna Schott
                                            Charles J. DeHart, III, Trustee
                                            Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA  17036
                                            Phone:  (717) 566-6097
                                            Fax:  (717) 566-8313
                                            eMail:  dehartstaff@pamd13trustee.com