```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 15-01992-RNO
Erin Hannon                                                      Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke              Page 1 of 3              Date Rcvd: Aug 19, 2020
                               Form ID: 3180W               Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db             +Erin Hannon,    705 Blueberry Drive,    Duryea, PA 18642-1132
cr              Hyundai Motor Finance, Administrator For Hyundai L,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
mdmmp           John H. Doran, Esq,    69 PUBLIC SQUARE, STE. 700,    WILKES-BARRE, PA 18701
4643729         ARS Services,    PO Box 469100,    Escondito, CA 92046-9100
4672090        +Attorney Joseph I Foley,    McCabe Weisberg & Conway,    123 South Broad Street,   Suite 1400,
                 Philadelphia PA 19109-1060
4643731        +Central Loan Administration & Repository,    PO Box 77404,    Ewing NJ 08628-6404
4648793        +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
4692555        +FIRST NATIONAL COMMUNITY BANK,    102 EAST DRINKER STREET,    DUNORE, PA 18512-2491
4643735        +First National Community Bank,    102 E Drinker Street,    Dunmore PA 18512-2491
4643736        +GE Capital,    PO Box 2121,    Warren MI 48090-2121
4643737        +GE Capital/ Sams Club,    PO Box 2121,    Warren MI 48090-2121
4914962        +GNMA- Lakeview,    P.O. Box 1288,    Buffalo, NY 14240-1288
4914963        +GNMA- Lakeview,    P.O. Box 1288,    Buffalo, NY 14240,    GNMA- Lakeview,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
5124761        +GNMA-Lakeview,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
4693167         Home Equity Group,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
4672089        +Lakeview Loan Servicing,    425 Phillips Blvd,    Trenton NJ 08618-1430
4692203        +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
4643743         NCI,    PO Box 26314,    Lehigh Valley PA 18002-6314
4659425         Wells Fargo Home Mortgage,    PO Box 10035,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: WFNNB.COM Aug 19 2020 23:38:00      Comenity Capital Bank,   C/O Weinstein & Riley P.S.,
                 2001 Western Ave Ste 400,    Seattle, WA 98121-3132
cr              EDI: WFFC.COM Aug 19 2020 23:38:00      Wells Fargo Bank, N.A.,   1 Home Campus,   X2303-01A,
                 Des Moines, IA 50328-0001
4646780         EDI: AIS.COM Aug 19 2020 23:38:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK 73126-8941
4687556        +EDI: WFNNB.COM Aug 19 2020 23:38:00      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4692992         EDI: BL-BECKET.COM Aug 19 2020 23:38:00      Capital One NA,   c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4659427        +E-mail/Text: clientservices@credit-control.com Aug 19 2020 19:50:03
                 Central Loan Administration,    Reporting (Cenlar),   425 Phillips Blvd,
                 Trenton NJ 08618-1430
4659424        +EDI: CITICORP.COM Aug 19 2020 23:38:00      Citibank,   PO Box 6125,
                 Sious Falls, SD 57117-6125
4694711        +E-mail/Text: electronicbkydocs@nelnet.net Aug 19 2020 19:50:04      Department of Education/,
                 NELNET,   3015 Parker Road,    Aurora CO 80014-2904
4694713        +E-mail/Text: electronicbkydocs@nelnet.net Aug 19 2020 19:50:04
                 Department of EducationNELNET,    3015 Parker Road,   Aurora, CO 80014-2904
4643733         EDI: WFNNB.COM Aug 19 2020 23:38:00      Dress Barn,   PO Box 659704,
                 San Antonio TX 78265-9704
4643734         E-mail/Text: bknotice@ercbpo.com Aug 19 2020 19:50:04      Enhanced Recovery,   PO Box 23870,
                 Jacksonville FL 32241-3870
4643738         EDI: HY11.COM Aug 19 2020 23:38:00      Hyundai Finance,   PO Box 20835,   Fountain Valley CA,
                 92728-0835
4682906        +EDI: HY11.COM Aug 19 2020 23:38:00      Hyundai Lease Titling Trust,   PO Box 20809,
                 Fountain Valley, CA 92728-0809
4857789        +EDI: HY11.COM Aug 19 2020 23:38:00      Hyundai Motor Finance,   PO Box 20809,
                 Fountain Valley, CA 92728-0809
4643732         EDI: JPMORGANCHASE Aug 19 2020 23:38:00      Chase,   PO Box 15298,   Wilmington DE 19850
4643739         E-mail/Text: PBNCNotifications@peritusservices.com Aug 19 2020 19:49:41      Kohls,
                 PO Box 2983,    Milwaukee WI 53201-2983
4920531        +E-mail/Text: camanagement@mtb.com Aug 19 2020 19:49:48      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,   Buffalo, NY 14240-0840
4643740        +EDI: TSYS2.COM Aug 19 2020 23:38:00      Macys,   PO Box 8218,   Mason OH 45040-8218
4643741        +EDI: MID8.COM Aug 19 2020 23:38:00      Midland Credit Management, Inc.,   8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
4643742        +EDI: MID8.COM Aug 19 2020 23:38:00      Midland Funding LLC,   8875 Aero Drive,   Suite 200,
                 San Diego, CA 92123-2255
4694710        +EDI: NAVIENTFKASMSERV.COM Aug 19 2020 23:38:00      Navient,   PO Box 9655,
                 Wilkes Barre PA 18773-9655
4707334         EDI: NAVIENTFKASMSERV.COM Aug 19 2020 23:38:00      Navient Solutions Inc.,   Po Box9640,
                 Wilkes-Barre, PA 18773-9640
4643744         EDI: RMSC.COM Aug 19 2020 23:38:00      Old Navy,   PO Box 530942,   Atlanta GA 30353-0942
4643745         EDI: RMSC.COM Aug 19 2020 23:38:00      Paypal,   PO Box 105658,   Atlanta GA 30348-5658
4668741         EDI: Q3G.COM Aug 19 2020 23:38:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0314-5          User: AutoDocke          Page 2 of 3              Date Rcvd: Aug 19, 2020
                              Form ID: 3180W           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5155823        +E-mail/Text: bncmail@w-legal.com Aug 19 2020 19:50:06      SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY P.S.,   2001 WESTERN AVE. SUITE 400,    SEATTLE, WA 98121-3132
5155824        +E-mail/Text: bncmail@w-legal.com Aug 19 2020 19:50:06      SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY P.S.,   2001 WESTERN AVE. SUITE 400,    SEATTLE, WA 98121,
                 SYNCHRONY BANK,    C/O WEINSTEIN & RILEY P.S. 98121-3132
4657158        +E-mail/Text: bncmail@w-legal.com Aug 19 2020 19:50:06      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4643746        +EDI: WTRRNBANK.COM Aug 19 2020 23:38:00      Target,   PO Box 673,   Minneapolis MN 55440-0673
4694712        +EDI: IRS.COM Aug 19 2020 23:38:00      US Department of Treasury,   PO Box 979101,
                 St. Louis, MD 63197-9001
4643747         EDI: WFNNB.COM Aug 19 2020 23:38:00      Victorias Secret,   PO Box 659728,
                 San Antonio TX 78265-9728
4659426         EDI: WFFC.COM Aug 19 2020 23:38:00      Wells Fargo Bank NA,   1 Home Campus X230301A,
                 Des Moines IA 50328-0001
4692905         EDI: WFFC.COM Aug 19 2020 23:38:00      Wells Fargo Bank, N.A.,   Home Equity Group,
                 1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
4711546        +EDI: WFFC.COM Aug 19 2020 23:38:00      Wells Fargo Bank, N.A.,   Attn: Bankruptcy Department,
                 3476 Stateview Blvd,   MAC #D3347-014,   Fort Mill, SC 29715-7200
                                                                                             TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GNMA-Lakeview,    Stern & Eisenberg,   1581 Main Street,   1581 Main Street, Suite 200,
                 Warrington
4643730         Car Lease
cr*            +Hyundai Motor Finance,   PO Box 20809,   Fountain Valley, CA 92728-0809
4694709*       +US Dept of Treasury,   PO Box 979101,   St. Louis MO 63197-9001
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:

    Alexandra Teresa Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC
    ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    Ann E. Swartz    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,
    ecfmail@ecf.courtdrive.com
    Celine P DerKrikorian    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    James Warmbrodt    on behalf of Creditor    GNMA-Lakeview bkgroup@kmllawgroup.com
    Jeremy John Kobeski    on behalf of Creditor    WELLS FARGO BANK, N.A. S/B/M TO WACHOVIA BANK, N.A.
    pamb@fedphe.com
    John Fisher    on behalf of Debtor 1 Erin Hannon johnvfisher@yahoo.com,
    fisherlawoffice@yahoo.com
    John H. Doran    on behalf of Mediator Mortgage Modification Program John H. Doran, Esq
    jdoran@dorananddoran.com, mdoran@dorananddoran.com;ldoran@dorananddoran.com
    Joseph P Schalk    on behalf of Creditor    WELLS FARGO BANK, N.A. S/B/M TO WACHOVIA BANK, N.A.
    jschalk@barley.com, sromig@barley.com
    Steven P. Kelly    on behalf of Creditor    GNMA-Lakeview skelly@sterneisenberg.com,
    bkecf@sterneisenberg.com
    Steven P. Kelly    on behalf of Creditor    Lakeview Loan Servicing, LLC skelly@sterneisenberg.com,
    bkecf@sterneisenberg.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    William E. Craig    on behalf of Creditor    Hyundai Motor Finance ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com
    William E. Craig    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai Lease
    Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
    William Edward Miller    on behalf of Creditor    Lakeview Loan Servicing, LLC
    wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William Edward Miller    on behalf of Creditor    GNMA-Lakeview wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                        TOTAL: 16
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Erin Hannon<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9650<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number:  5:15–bk–01992–RNO | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Erin Hannon
   aka Erin McAndrew

**By the court:**  *[signature: Robt N. Opel II]*

8/19/20

   Honorable Robert N. Opel, II
   United States Bankruptcy Judge
   By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**