United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 15-01992-RNO

Erin Hannon                                             Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                             Page 1 of 2
Date Rcvd: Oct 14, 2020                   Form ID: fnldec                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

**Recip ID           Recipient Name and Address**
db               +  Erin Hannon, 705 Blueberry Drive, Duryea, PA 18642-1132

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                           Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor GNMA-Lakeview bkgroup@kmllawgroup.com |
| Jeremy John Kobeski | on behalf of Creditor WELLS FARGO BANK N.A. S/B/M TO WACHOVIA BANK, N.A. pamb@fedphe.com |

John Fisher
    on behalf of Debtor 1 Erin Hannon johnvfisher@yahoo.com fisherlawoffice@yahoo.com

John H. Doran
    on behalf of Mediator Mortgage Modification Program John H. Doran Esq jdoran@dorananddoran.com, mdoran@dorananddoran.com;ldoran@dorananddoran.com

Joseph P Schalk
    on behalf of Creditor WELLS FARGO BANK N.A. S/B/M TO WACHOVIA BANK, N.A. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Steven P. Kelly
    on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor GNMA-Lakeview skelly@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Hyundai Motor Finance ecfmail@mortoncraig.com mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Hyundai Motor Finance Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

William Edward Miller
    on behalf of Creditor GNMA-Lakeview wmiller@friedmanvartolo.com wedwardmiller@gmail.com

William Edward Miller
    on behalf of Creditor Lakeview Loan Servicing LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Erin Hannon,<br>aka Erin McAndrew, | Chapter 13 |
| **Debtor 1** | Case No. 5:15−bk−01992−RNO |

Social Security No.:
xxx−xx−9650

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 14, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

**fnldec** (05/18)